UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

R. ALEXANDER ACOSTA, SECRETARY OF LABOR, United States Department of Labor,

Plaintiff,

v.

PAPANTONIADIS PIZZA, INC. d/b/a STASH'S PIZZA; ATHENIAN ENTERPRISES, INC. d/b/a STASH'S PIZZA; BOSTON PIZZA COMPANY, LLC; WEYMOUTH PIZZA CO., LLC; STAVROS "STEVE" PAPANTONIADIS; and POLYXENY "PAULINA" PAPANTONIADIS

Defendants.

CIVIL ACTION: 1:17-cv-10500-ADB

---

## CONSENT PRELIMINARY INJUNCTION AND ORDER

Upon agreement of all parties, the Court, without making any findings of fact or conclusions of law, hereby

ORDERS, ADJUDGES AND DECREES that a preliminary injunction now issue:

1. Enjoining Defendants and their agents from, contrary to Section 15(a)(3) of the Fair Labor Standards Act (the "Act"), 29 U.S.C. § 215(a)(3), retaliating, including but not limited to taking or threatening any adverse employment action, against any employee, former employee, or potential witness for exercising his or her rights under the Act or for providing or seeking to provide information to the Secretary of Labor (the "Secretary") or any of his agents or representatives.

2. Enjoining Defendants and their agents from telling any employee, former employee or potential witness not to speak to, or to provide false information to, agents or representatives of the Secretary, and enjoining the Defendants and their agents from otherwise coercing any employee, former employee or potential witness to make false statement(s) regarding any matter, including but not limited

1

to the terms and conditions of their employment.

3. Ordering Defendants and their agents to exercise due diligence to comply with Sections 11(c) and 15(a)(5) of the Act, 29 U.S.C. §§ 211(c) and 215(a)(5), and the Regulations found at 29 CFR Part 516, by making, keeping, and preserving accurate records of their employees and of the wages, hours, pay rates, and other conditions and practices of employment, including the exercise of due diligence to accomplish the following:

   a. Defendants and their agents shall maintain an accurate, unified and complete set of payroll records showing all gross and net amounts paid to employees, regardless of the manner of payment (e.g. cash or check), in each pay period.

   b. Defendants and their agents shall accurately record all hours worked by employees in the payroll records, including overtime hours.

   c. Defendants and their agents shall accurately record employees' pay rate(s) in the payroll record, regardless of whether employees are paid a regular hourly rate, overtime hourly rate, salary, a combination of the above, or by any other means.

   d. Defendants and their agents shall not falsify (or direct others to falsify) time records, including but not limited to timecards or electronic timekeeping entries, in any manner, including by reducing the number of hours worked.

   e. Defendants and their agents shall not request, require or otherwise cause employees to sign inaccurate timecards.

   f. Defendants and their agents shall not request, require or otherwise cause employees to work "off the clock."

4. Enjoining Defendants and their agents from, contrary to Sections 7 and 15(a)(2) of the Act, 29 U.S.C. §§ 207 and 215(a)(2), employing any employees for

workweeks longer than 40 hours, unless such employee receives compensation for his employment in excess of 40 hours at a rate not less than one and one-half times the regular rate at which he is employed.

5. Ordering Defendants to permit a representative of the Secretary to read aloud at each worksite (all four of Defendants' restaurants), forthwith, in English, Spanish, Portuguese, Arabic and Greek, during employees' paid working hours but before the store opens for business or after the store closes for business, the following statement to all employees employed by Defendants:

*You are protected by a federal wage law called the Fair Labor Standards Act. This law requires your employer to pay you a minimum wage of at least $7.25 per hour for all the hours you work, and overtime pay in the amount of 1.5 times your regular hourly rate for all hours you work over 40 in any week. This law also requires your employer to keep records that accurately show your true pay rate, total hours and total pay each week. This means that your employer must ensure all your hours are recorded accurately on a timecard or on the computer timekeeping system, and must keep payroll records that show the total amount of all payments made to you whether by check or in cash. The law prohibits your employer from falsifying records, or directing any employee to falsify records, such as by reducing employees' hours on the computer system, by instructing employees not to punch in on all days or for all hours you work, or by having employees sign inaccurate timecards.*

*The Fair Labor Standards Act also protects your right to speak freely with investigators or other officials from the Department of Labor. Your employer is prohibited from retaliating or discriminating against you in any way, including by terminating you, inflicting physical harm or verbal abuse on you, or threatening or coercing you in any way because you spoke with representatives of the Department of Labor or cooperated in any way with their investigation or with this lawsuit.*

*Your employers - Papantoniadis Pizza, Inc., Athenian Enterprises, Inc.,*

*Stavros "Steve" Papantoniadis and Polyxeny "Paulina" Papantoniadis - have agreed to an order by the U.S. District Court for Massachusetts that prohibits them and anyone acting on their behalf, from terminating or retaliating against, threatening to terminate or retaliate against, or in any other way threatening employees or former employees who seek to provide information or otherwise cooperate with the Department of Labor. The order also prohibits your employers from telling any employee or former employee not to speak to the Department of Labor or to provide false information to the Department of Labor, and prohibits your employers from coercing any employee or former employee to make false statements about their employment.*

6. Requiring Defendants to post visibly at each worksite (all four of Defendants' restaurants), in a location regularly accessed by employees, a hard copy of the statement referred to in ¶ 5, above, above, in English, Spanish, Portuguese, Arabic and Greek, and requiring Defendants to provide each employee with a copy of the written statement, in English, Spanish, Portuguese, Arabic and Greek, along with the written paystub provided to each employee with his or her next paycheck.

7. Defendants consent to the entry of this Order without admitting or denying liability, and represent that they have agreed to the entry of this Order as a showing of their good faith intent to comply with the Act.

It is so ordered.

Honorable Allison D. Burroughs
United States District Judge

Dated: _____1-24_____, 2018

4

The parties hereby consent to the entry of this preliminary injunction.

Respectfully submitted,

Defendants:

PAPANTONIADIS PIZZA, INC. d/b/a STASH'S PIZZA:

_____
Name:_____
Title:_____


ATHENIAN ENTERPRISES, INC. d/b/a STASH'S PIZZA:

_____
Name:_____
Title:_____


STAVROS "STEVE" PAPANTONIADIS, an individual:

_____
Stavros "Steve" Papantoniadis


POLYXENY "PAULINA" PAPANTONIADIS, an individual:

_____
Polyxeny "Paulina" Papantoniadis

COUNSEL FOR DEFENDANTS

/s/ Scott K. Semple
Scott K. Semple, Esq. MA 673229
Davagian Grillo & Semple LLP
365 Boston Post Road, Suite 200
Sudbury, MA 01776
sksemple@dgslawllp.com
TEL: (978) 443-3773
FAX: (978) 443-3777


Plaintiff:

Post Office Address:
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building, Room E-375
Boston, Massachusetts 02203
miller.scott.m@dol.gov
TEL: (617) 565-2500
FAX: (617) 565-2142

Kate S. O'Scannlain
Solicitor of Labor

Michael D. Felsen
Regional Solicitor

/s/ Scott M. Miller
Scott M. Miller: MA 666509
Senior Trial Attorney

U.S. Department of Labor
Attorneys for Plaintiff