# EXHIBIT A

(see attached)

**EXHIBIT A**

| Last Name | First Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| Adamidis | Pandelis | $ 291.76 | $ 291.76 | $ 583.52 |
| Alencar de Cardoso | Tales | $ 964.97 | $ 964.97 | $ 1,929.94 |
| Alvares | Dalia | $ 21.60 | $ 21.60 | $ 43.20 |
| Anastadiatis | Elefterios | $ 925.53 | $ 925.53 | $ 1,851.05 |
| Andreadis | Chris | $ 2,231.77 | $ 2,231.77 | $ 4,463.53 |
| Aromero | Julio | $ 72.38 | $ 72.38 | $ 144.76 |
| Audthavee | Stoncha | $ 144.03 | $ 144.03 | $ 288.07 |
| Badayab | Artavazd | $ 59.10 | $ 59.10 | $ 118.20 |
| Bardwona | Maria | $ 3,364.57 | $ 3,364.57 | $ 6,729.13 |
| Bell | Gary | $ 67.33 | $ 67.33 | $ 134.66 |
| Beshwaty | Christoph | $ 35.09 | $ 35.09 | $ 70.17 |
| Bonilla | Silvia | $ 1,847.76 | $ 1,847.76 | $ 3,695.52 |
| Botros | Safwat | $ 1,053.81 | $ 1,053.81 | $ 2,107.62 |
| Brady | Britnee | $ 20.20 | $ 20.20 | $ 40.40 |
| Burne | Angelica | $ 60.37 | $ 60.37 | $ 120.74 |
| Caldeoira | Michael | $ 134.12 | $ 134.12 | $ 268.24 |
| Campos | Joao | $ 290.06 | $ 290.06 | $ 580.11 |
| Carmo | Tharcisio | $ 19,514.84 | $ 19,514.84 | $ 39,029.68 |
| Carter | Olivia | $ 35.35 | $ 35.35 | $ 70.70 |
| Chamoun | Farah | $ 79.56 | $ 79.56 | $ 159.12 |
| Ciampa | Edgar | $ 20.72 | $ 20.72 | $ 41.44 |
| Cinelli | Tabitha | $ 11.78 | $ 11.78 | $ 23.57 |
| Clements | Patrick | $ 239.77 | $ 239.77 | $ 479.53 |
| Cohen | Eric | $ 27.77 | $ 27.77 | $ 55.55 |
| Coots | Nicholas | $ 65.10 | $ 65.10 | $ 130.20 |
| Corona | Erika | $ 26.18 | $ 26.18 | $ 52.37 |
| Correa | Leonardo | $ 271.67 | $ 271.67 | $ 543.34 |
| Crawford | Patricia | $ 2,803.13 | $ 2,803.13 | $ 5,606.26 |
| Cruz | Danielo | $ 15.17 | $ 15.17 | $ 30.34 |
| Cushman | Leanne | $ 313.04 | $ 313.04 | $ 626.08 |
| Dallagnol | Victorio | $ 179.51 | $ 179.51 | $ 359.03 |
| Danul | Zachary | $ 10.47 | $ 10.47 | $ 20.95 |
| DaSilva | Joao | $ 513.94 | $ 513.94 | $ 1,027.88 |
| Dawnarowicz | Elizab | $ 33.66 | $ 33.66 | $ 67.33 |
| Delancey | Joshua | $ 31.66 | $ 31.66 | $ 63.33 |
| DeLeon | Exfelia | $ 26.65 | $ 26.65 | $ 53.30 |
| Demmollari | Eduin | $ 91.74 | $ 91.74 | $ 183.47 |
| DePaula | Atila | $ 44.89 | $ 44.89 | $ 89.77 |
| DePaz | Mirtala | $ 42.34 | $ 42.34 | $ 84.68 |
| DeSouza | Flavio | $ 76.52 | $ 76.52 | $ 153.03 |

| Last Name | First Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| Diaz | Reynaldo Rivera | $ 56.11 | $ 56.11 | $ 112.21 |
| Doko | Ludmilla | $ 64.34 | $ 64.34 | $ 128.67 |
| DosReis | Leila | $ 74.81 | $ 74.81 | $ 149.62 |
| Egalite-Garcia | Edison | $ 531.15 | $ 531.15 | $ 1,062.30 |
| Elkashilan | Mamdouh | $ 13,150.79 | $ 13,150.79 | $ 26,301.59 |
| Fakry | Maged | $ 54.24 | $ 54.24 | $ 108.47 |
| Farrell | Kiley | $ 16.69 | $ 16.69 | $ 33.39 |
| Fegan | Kevin | $ 16.36 | $ 16.36 | $ 32.71 |
| Freeman | Derek | $ 162.71 | $ 162.71 | $ 325.42 |
| Frois | Carole | $ 10.69 | $ 10.69 | $ 21.38 |
| Garcia | Gabriel | $ 56.10 | $ 56.10 | $ 112.21 |
| Gates | Jessica | $ 55.13 | $ 55.13 | $ 110.25 |
| Glynn | Michelle | $ 26.17 | $ 26.17 | $ 52.34 |
| Gomez | Noel | $ 7,334.24 | $ 7,334.24 | $ 14,668.48 |
| Gomez | Ruben | $ 3,753.23 | $ 3,753.23 | $ 7,506.46 |
| Gomez-Bail | Danilo | $ 116.48 | $ 116.48 | $ 232.96 |
| Goncalves | Fausto | $ 637.73 | $ 637.73 | $ 1,275.47 |
| Gonsalves | Dina | $ 236.59 | $ 236.59 | $ 473.17 |
| Gonsalves | Diya | $ 1,473.47 | $ 1,473.47 | $ 2,946.95 |
| Gouras | Nikolaos | $ 709.76 | $ 709.76 | $ 1,419.51 |
| Grace | LaToya | $ 185.25 | $ 185.25 | $ 370.49 |
| Gregory | Jonathan | $ 98.51 | $ 98.51 | $ 197.03 |
| Griffin | Arianna | $ 21.38 | $ 21.38 | $ 42.75 |
| Guevara | Santos | $ 4,762.53 | $ 4,762.53 | $ 9,525.06 |
| Guzman | Bilma | $ 17.04 | $ 17.04 | $ 34.08 |
| Hakleem | Hany | $ 1,561.89 | $ 1,561.89 | $ 3,123.78 |
| Hasaballa | Sami | $ 73.53 | $ 73.53 | $ 147.07 |
| Hearns | Dennis | $ 28.43 | $ 28.43 | $ 56.86 |
| Hernandez | Antonio | $ 8,618.64 | $ 8,618.64 | $ 17,237.27 |
| Hernandez | Osvaldo | $ 1,869.75 | $ 1,869.75 | $ 3,739.51 |
| Herrera | Ismar | $ 120.63 | $ 120.63 | $ 241.26 |
| Jean | Dudley | $ 15.16 | $ 15.16 | $ 30.32 |
| Jimenez | Dennice | $ 12.34 | $ 12.34 | $ 24.69 |
| Laewndy | Emad | $ 72.94 | $ 72.94 | $ 145.88 |
| Lawler-Langlois | Jayson | $ 993.19 | $ 993.19 | $ 1,986.38 |
| LNU | Elias | $ 314.80 | $ 314.80 | $ 629.60 |
| LNU | Fernando | $ 81.98 | $ 81.98 | $ 163.96 |
| LNU | Ramon | $ 10.50 | $ 10.50 | $ 20.99 |
| LNU | Sharif | $ 13.02 | $ 13.02 | $ 26.03 |
| Loks | Reginaldo | $ 36.66 | $ 36.66 | $ 73.31 |
| Lopez | Alex Javier | $ 44.77 | $ 44.77 | $ 89.55 |
| Lopez | Edgar | $ 150.18 | $ 150.18 | $ 300.36 |
| Lopez | Nery Mateo | $ 1,912.28 | $ 1,912.28 | $ 3,824.56 |
| Luna | Oscar | $ 38.71 | $ 38.71 | $ 77.43 |

| Last Name | First Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| Maldonado | Jose | $ 63.28 | $ 63.28 | $ 126.56 |
| Mancuso | Rolsyn | $ 29.08 | $ 29.08 | $ 58.16 |
| Mantalos | George | $ 691.56 | $ 691.56 | $ 1,383.12 |
| Mauerer | Paul | $ 16.46 | $ 16.46 | $ 32.92 |
| McGarth | Colleen | $ 40.82 | $ 40.82 | $ 81.64 |
| Medina | Gabrielo | $ 273.62 | $ 273.62 | $ 547.23 |
| Mehany | Schnouda | $ 14.96 | $ 14.96 | $ 29.92 |
| Mejia | Carlos Heriberto | $ 501.97 | $ 501.97 | $ 1,003.95 |
| Mejia | Eddie | $ 381.53 | $ 381.53 | $ 763.06 |
| Mejia | Fernando Ernes | $ 673.47 | $ 673.47 | $ 1,346.95 |
| Mendoza-Castillo | Daniel | $ 262.07 | $ 262.07 | $ 524.14 |
| Mikhail | Armea | $ 1,570.84 | $ 1,570.84 | $ 3,141.67 |
| Montanez | Narciso | $ 603.53 | $ 603.53 | $ 1,207.05 |
| Mulherin | Kristina | $ 52.78 | $ 52.78 | $ 105.56 |
| Murphy-Peterson | Calvin | $ 64.79 | $ 64.79 | $ 129.58 |
| Mustapha | Zitouni | $ 3,107.48 | $ 3,107.48 | $ 6,214.96 |
| Nacer | Aziz | $ 61.28 | $ 61.28 | $ 122.57 |
| Nanno | Margaret | $ 3,291.63 | $ 3,291.63 | $ 6,583.25 |
| Nascimento Jr. | Ivo | $ 583.72 | $ 583.72 | $ 1,167.44 |
| Navarette-Hernar | Jose Elias | $ 7,191.26 | $ 7,191.26 | $ 14,382.52 |
| Ninan | Abraham | $ 2,558.99 | $ 2,558.99 | $ 5,117.99 |
| Oliva | Cristian | $ 2,387.46 | $ 2,387.46 | $ 4,774.91 |
| Ortiz | Rafael | $ 55.55 | $ 55.55 | $ 111.09 |
| Pacheco-Ramirez | Alexis | $ 17.14 | $ 17.14 | $ 34.28 |
| Papadopoulos | Evande | $ 11.97 | $ 11.97 | $ 23.94 |
| Papadopoulos | Thomas | $ 2,346.81 | $ 2,346.81 | $ 4,693.61 |
| Passos | William | $ 7,876.71 | $ 7,876.71 | $ 15,753.42 |
| Perez | Maynor | $ 910.62 | $ 910.62 | $ 1,821.24 |
| Picard | Jeff | $ 126.98 | $ 126.98 | $ 253.95 |
| Preza | Julio | $ 44.89 | $ 44.89 | $ 89.77 |
| Ramos | William | $ 81.36 | $ 81.36 | $ 162.71 |
| Rivera-Opero | Felix | $ 68.08 | $ 68.08 | $ 136.15 |
| Rodriguez | Daniel | $ 50.87 | $ 50.87 | $ 101.74 |
| Romero | Alejandro | $ 38.15 | $ 38.15 | $ 76.31 |
| Romero | Orlin | $ 1,059.28 | $ 1,059.28 | $ 2,118.57 |
| Romero | Luis | $ 85.38 | $ 85.38 | $ 170.75 |
| Rossi | Gina | $ 20.95 | $ 20.95 | $ 41.89 |
| Rotondo | Nico | $ 1,413.07 | $ 1,413.07 | $ 2,826.14 |
| Sadek | Hana Rasmey | $ 22.44 | $ 22.44 | $ 44.89 |
| Santo | Evalvo | $ 14.96 | $ 14.96 | $ 29.92 |
| Santos | Faviana | $ 1,762.70 | $ 1,762.70 | $ 3,525.41 |
| Saridas | Theodoros | $ 2,500.98 | $ 2,500.98 | $ 5,001.96 |
| Senhaji | Mehdi | $ 804.20 | $ 804.20 | $ 1,608.41 |

| Last Name | First Name | Back Wages | Liquidated Damages | Total |
|---|---|---|---|---|
| Shaw | Jonathan | $ 1,856.56 | $ 1,856.56 | $ 3,713.13 |
| Sheeaj | Ari | $ 140.20 | $ 140.20 | $ 280.39 |
| Skordas | Jerry | $ 3,413.43 | $ 3,413.43 | $ 6,826.85 |
| Smith | Alexis | $ 87.53 | $ 87.53 | $ 175.05 |
| Smith | Jason | $ 44.47 | $ 44.47 | $ 88.95 |
| Soares | Jose Lopes | $ 103.92 | $ 103.92 | $ 207.84 |
| Sobol | Katherine | $ 62.69 | $ 62.69 | $ 125.38 |
| Szerlong | William | $ 1,207.11 | $ 1,207.11 | $ 2,414.21 |
| Tahiraj | Kleton | $ 627.00 | $ 627.00 | $ 1,254.00 |
| Takoulas | James | $ 4,713.34 | $ 4,713.34 | $ 9,426.68 |
| Tavares | Bruce | $ 16.98 | $ 16.98 | $ 33.96 |
| Vanagas | Carlos Manuel | $ 30.86 | $ 30.86 | $ 61.72 |
| Vartimidis | Lazaro | $ 32.17 | $ 32.17 | $ 64.34 |
| Verapaz | Marvin | $ 23.03 | $ 23.03 | $ 46.05 |
| Vilorio | Nidia | $ 104.20 | $ 104.20 | $ 208.40 |
| Walker-Mason | James | $ 463.91 | $ 463.91 | $ 927.83 |
| Waller | William | $ 38.46 | $ 38.46 | $ 76.91 |
| White | Neil | $ 39.89 | $ 39.89 | $ 79.78 |
| White | Peter | $ 50.12 | $ 50.12 | $ 100.24 |
| Woodley | Laurole | $ 46.88 | $ 46.88 | $ 93.75 |
| Wright | Kelli | $ 251.79 | $ 251.79 | $ 503.58 |
| Yahoui | Zoubir | $ 15,198.78 | $ 15,198.78 | $ 30,397.56 |
| Yanes-Turcios | Jose | $ 68.37 | $ 68.37 | $ 136.74 |
| Yanez | Julio Cesar | $ 5,271.51 | $ 5,271.51 | $ 10,543.02 |
| Zaifides | Peter | $ 1,720.39 | $ 1,720.39 | $ 3,440.78 |
| | | | | |
| | | $ 165,000.00 | $ 165,000.00 | $ 330,000.00 |