<u>CERTIFICATE OF SERVICE</u>

I certify that on February 26, 2019, a copy of the CONSENT JUDGMENT and ORDER was served through the E-File system on the following parties:

>Scott K. Semple, Esq.
>Davagian Grillio & Semple LLP
>365 Boston Post Road, Suite 200
>Sudbury, MA 01776
>sksemple@dgslawllp.com

>*/s/ Marianne B. Quinn*
>U.S. Department of Labor
>Office of the Solicitor
>JFK Federal Building
>Room E-375
>Boston, MA 02203