UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>PAPANTONIADIS PIZZA, INC. d/b/a STASH'S PIZZA; ATHENIAN ENTERPRISES, INC. d/b/a STASH'S PIZZA; BOSTON PIZZA COMPANY, LLC; WEYMOUTH PIZZA CO., LLC; STAVROS "STEVE" PAPANTONIADIS; and POLYXENY "PAULINA" PAPANTONIADIS<br><br>Defendants. | CIVIL ACTION: 1:17-cv-10500-ADB |

**JOINT MOTION FOR ENTRY OF THE PARTIES'**
**CONSENT JUDGMENT AND ORDER (DOCUMENT NO. 36)**

Plaintiff, SECRETARY OF LABOR ("Plaintiff") and Defendants, PAPANTONIADIS PIZZA INC. d/b/a STASH'S PIZZA, ATHENIAN ENTERPRISES INC. d/b/a STASH'S PIZZA, BOSTON PIZZA COMPANY LLC, WEYMOUTH PIZZA CO. LLC, STAVROS "STEVE" PAPANTONIADIS, and POLYXENY "PAULINA" PAPANTONIADIS ("Defendants") have agreed to a stipulated Consent Judgment and Order, which Plaintiff filed this day, February 26, 2019, as Document Number 36.  The Parties respectfully request that the Court approve and enter said Consent Judgment and Order.

1

Respectfully submitted,

**COUNSEL FOR THE SECRETARY**:

| | |
|---|---|
| Post Office Address: | Kate S. O'Scannlain |
| U.S. Department of Labor | Solicitor of Labor |
| Office of the Solicitor | |
| JFK Federal Building, Room E-375 | Maia S. Fisher |
| Boston, Massachusetts 02203 | Regional Solicitor |
| TEL: (617) 565-2500 | |
| FAX: (617) 565-2142 | /s/ Scott M. Miller: MA 666509 |
| miller.scott.m@dol.gov | Senior Trial Attorney |
| | U.S. Department of Labor |
| | Attorneys for Plaintiff |

**COUNSEL FOR DEFENDANTS**:

/s/ Scott K. Semple_____
Scott K. Semple, Esq. MA 673229
Davagian Grillo & Semple LLP
365 Boston Post Road, Suite 200
Sudbury, MA 01776
sksemple@dgslawllp.com
TEL: (978) 443-3773
FAX: (978) 443-3777
Attorneys for Defendants